UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22065-CIV-LENARD/GARBER

JERMAINE PATTERSON

      Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.
_____/

## **ORDER**

      THIS CAUSE is before the Court by Order of Reference from U.S. District Judge Joan A. Lenard.  Pursuant to such reference, the Court has received Defendant's Motion for Summary Judgment [DE 27].  The Court did not receive a response in opposition.  Accordingly, Plaintiff is hereby

      ORDERED to respond to Defendant's Motion for Summary Judgment, on or before ten (10) days from the date of this Order.

      DONE AND ORDERED in Chambers at Miami, Florida this 28th day of April, 2010.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE