UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22065-CIV-LENARD/GARBER

**JERMAINE PATTERSON**,

    Plaintiff,
v.

**MICHAEL J. ASTRUE, Commissioner**
of Social Security,

    Defendant.
_____/

**ORDER ADOPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 36), GRANTING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (D.E. 28), DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (D.E. 27), REVERSING AND REMANDING DECISION OF COMMISSIONER, AND CLOSING CASE**

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 36), issued on February 10, 2011, recommending that the Court: (1) grant in part and deny in part Plaintiff's Motion for Summary Judgment (D.E. 28); (2) deny Defendant's Motion for Summary Judgment (D.E. 27); and (3) reverse the Commissioner's decision and remand for a re-determination under Phillips v. Barnhart, 357 F.3d 1232, 1242 (11th Cir. 2004).  Specifically, the Magistrate Judge affirmed the ALJ's decision in all respects except for the ALJ's exclusive reliance upon the medical-vocational grids and failure to consult a vocational expert as part of the fifth step of the evaluation process outlined in 20 C.F.R. § 416.920(a)-(g).  Accordingly, the Magistrate Judge

recommends the Court remand so that a vocational expert can be consulted in light of the ALJ's determination that Plaintiff was unable to perform a full range of work at the sedentary level and for any necessary findings with regard to Plaintiff's nonexertional limitations. The Report provides the Parties with fourteen (14) days to file objections. To date, neither side has filed any objections to the Report. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. Consistent with this Order, the Report of the Magistrate Judge (D.E. 36), issued on February 10, 2011, is **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment (D.E. 28), filed on August 11, 2009, is **GRANTED in part and DENIED in part**;

3. Defendant's Motion for Summary Judgment (D.E. 27), filed on July 20, 2009, is **DENIED**;

4. The ALJ's September 24, 2007, decision is **REVERSED** and this action is **REMANDED** back to the Commissioner for a re-determination consistent with Phillips v. Barnhart, 357 F.3d 1232, 1242 (11th Cir. 2004);

5. This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 3rd day of March, 2011.

/s/ Joan A. Lenard
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**